ORIGINAL


**FILED**

12/19/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0488

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0488

_____

IN RE THE MARRIAGE OF:

ASHLEY MARIE DRUMHELLER,

        Petitioner and Appellant,

V.

JUSTIN THOMAS DRUMHELLER,

        Respondent and Appellee.

**FILED**

DEC 1 9 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

## ORDER

_____

Upon consideration of Appellee's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellee is granted an extension of time up to and including Monday, January 27, 2025 within which to prepare, file and serve Appellant's Answering Brief.

_____

Bowen Greenwood
Clerk of the Supreme Court